| | |
|---|---|
| 1 | **JENNIFER L. COON** |
|   | California State Bar No. 203913 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
|   | Telephone: (619) 234-8467 |
| 4 | Email: Jennifer_Coon@fd.org |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ANTHONY J. BATTAGLIA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ2480 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| CALIXTRO ALVAREZ-OLIVEROS, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 15, 2008         /s/ *JENNIFER L. COON*
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 15, 2008              /s/ *JENNIFER L. COON*
                                    Federal Defenders of San Diego, Inc.
                                    225 Broadway, Suite 900
                                    San Diego, CA  92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    Jennifer_Coon@fd.org (email)