FILED

SEP - 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08CR 3001    WQH

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| CALIXTRO ALVAREZ-OLIVEROS, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

### Count 1

On or about December 18, 2000, within the Southern District of California, defendant CALIXTRO ALVAREZ-OLIVEROS, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

GVM:lg:San Diego
8/28/08

<u>Count 2</u>

On or about August 10, 2008, within the Southern District of California, defendant CALIXTRO ALVAREZ-OLIVEROS, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: ___9/3/08___.

KAREN P. HEWITT
United States Attorney

FOR GEORGE V. MANAHAN
Assistant U.S. Attorney

2