

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CALIXTRO ALVAREZ-OLIVEROS | CASE NUMBER: 08CR3001-WQH |

    I, <u>CALIXTRO ALVAREZ-OLIVEROS</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___9/4/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

*CALIXTRO AIVAREZ OliVeros*
Defendant

*Jennifer C.*
Counsel for Defendant

Before _____
     Judicial Officer

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY